FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ponani Sukumar, et al.    v.    Nautilus, Inc.

No. 14-1205

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    Ponani Sukumar, et al.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Michael A. Tomasulo |
| Law firm: | Winston & Strawn LLP |
| Address: | 333 S. Grand Avenue, Suite 3800 |
| City, State and ZIP: | Los Angeles, CA 90071 |
| Telephone: | 213.615.1700 |
| Fax #: | 213.615.1750 |
| E-mail address: | mtomasulo@winston.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): pending

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/12/2014
Date

Signature of pro se or counsel
Michael A. Tomasulo

cc: _____

123

American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2014, I electronically filed an Entry of Appearance, and a Certificate of Interest, with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Cynthia L. Santoni, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22102
Tel:  703-245-9300
Fax:  703-245-9301
cynthia.santoni@wilsonelser.com

        /s/ Michael A. Tomasulo
        Michael A. Tomasulo
        WINSTON & STRAWN LLP
        333 S. Grand Ave., Suite 3800
        Los Angeles, California  90071
        Telephone:  213-615-1700
        Facsimile:  213-615-1750
        mtomasulo@winston.com